[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-14143
Non-Argument Calendar

_____

D.C. Docket No. 8:11-cr-00631-JSM-MAP-15

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROCKE WILLIAM DILBERT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 20, 2013)

Before CARNES, BARKETT and MARTIN, Circuit Judges.

PER CURIAM:

Andres Oliveros, appointed counsel for Rocke Dilbert in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed

a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dilbert's conviction and sentence are **AFFIRMED**.